# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3960

_____

Kareem Dawud Farrakhan,    *
             *
    Appellant,     *
             *  Appeal from the United States
  v.           *  District Court for the
             *  District of Nebraska.
City of Omaha,      *
             *  [UNPUBLISHED]
    Appellee.     *

_____

Submitted: February 28, 2006
Filed: March 7, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this interlocutory appeal, Kareem Farrakhan challenges the district court's[1] denial of his motion for a temporary restraining order to enjoin a state court condemnation proceeding. Following careful review of the record, we find that the district court did not abuse its broad discretion in denying the requested injunction. *See Manion v. Nagin*, 255 F.3d 535, 538 (8th Cir. 2001) (district court has broad discretion when ruling on requests for preliminary injunctions, and court of appeals reverses only for clearly erroneous factual determinations, error of law, or abuse of

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

discretion). Farrakhan's remaining arguments are meritless. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____